UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

KARLA GIBSON DONNELL,

Plaintiff,

v.

CITY BANK—LUBBOCK,

Defendant.

No. 5:26-CV-072-H-BV

**ORDER**

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be remanded to the County Court at Law No. 3, Lubbock County, Texas. Dkt. No. 6. No objections were filed, and the defendant has taken no action in this case since April 17, 2026. *See id.* at 2; *see also* Dkt. No. 4.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. This case is remanded to the County Court at Law No. 3, Lubbock County, Texas. The Clerk of Court is directed to close this case.

So ordered on September 9, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE